UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20215-SCOLA

IN RE SEALED INDICTMENT
_____/

## MOTION TO UNSEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that the Indictment and all other items on this docket be UNSEALED.

United States Magistrate Judge Andrea M. Simonton previously sealed the Indictment and several other items on the docket, pending certain of the United States' efforts to restrain forfeitable assets. Those efforts are now complete, and remaining efforts require that the Indictment be unsealed.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: *[signature]*
Francisco R. Maderal
Assistant United States Attorney
Florida Bar No. 0041481
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 700
Miami, FL 33132-2111
Telephone: (305) 961-9159
Facsimile: (305) 536-4699
Email: Francisco.Maderal@usdoj.gov