UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20215-SCOLA

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE
RENATO J. RODRIGUEZ, and
JUAN P. GRANDA,

      Defendants.
_____/

## UNITED STATES' FIRST BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following First Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f).

The United States hereby provides notice that it seeks forfeiture of the following assets as property forfeitable pursuant to 18 U.S.C. § 982:

    a. The contents of Citibank Bank Account Number #9144932707;

    b. 2015 Lexus GS, VIN# JTHBE1BL8FA014835; and

    c.  Real Property located at 16373 SW 76th Street, Miami, FL 33193[1].

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    */s/Evelyn B. Sheehan*
Evelyn B. Sheehan
Florida Bar No. 944351
Assistant United States Attorney
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9125
Facsimile: (305) 536-7599
E-mail: Evelyn.sheehan@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Evelyn B. Sheehan*
Evelyn B. Sheehan
Assistant United States Attorney

---

[1] This property was previously listed as a substitute asset.