UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20215-SCOLA

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE
RENATO J. RODRIGUEZ, and
JUAN P. GRANDA,

    Defendants.
_____/

## UNITED STATES' SECOND BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following Second Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f).

The United States hereby provides notice that it now seeks forfeiture of the following asset as property forfeitable pursuant to 18 U.S.C. § 982:

    a.  Real Property located at 8460 SW 84 Terrace, Miami, Florida 33143.[1]

                                   Respectfully submitted,

                                   BENJAMIN G. GREENBERG
                                   ACTING UNITED STATES ATTORNEY

                By:    */s/Evelyn B. Sheehan*
                        Evelyn B. Sheehan
                        Florida Bar No. 944351
                        Assistant United States Attorney
                        U.S. Attorney's Office - SDFL
                        99 Northeast Fourth Street, 7th Floor
                        Miami, Florida 33132-2111
                        Telephone: (305) 961-9125
                        Facsimile: (305) 536-7599
                        E-mail: Evelyn.sheehan@usdoj.gov

---

[1] This property was previously listed as a substitute asset.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

>*/s/ Evelyn B. Sheehan*
> Evelyn B. Sheehan
> Assistant United States Attorney