United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br>v.<br>Juan P. Granda,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 17-20215-CR-Scola<br>)<br>) |

### Order Denying the Defendant's Motion to Revoke Order of Pretrial Detention

Defendant Juan P. Granda asks the Court to overturn the Magistrate Judge's decision that he be detained prior to trial. This Court's review of the detention order is governed by the standards of *United States v. King*, 849 F.2d 485 (11th Cir. 1988). Consistent with *King*, the Court has conducted a de novo review of the Magistrate's order and has fully considered all of the arguments and evidence presented by Granda. Specifically, the Court has considered the Magistrate's pretrial detention order (ECF No. 25), the transcript of the pretrial detention hearing, Granda's motion to revoke the order of pretrial detention (ECF No. 41), and the Government's response to the motion (ECF No. 49). In addition, on April 20, 2017, the Court held a hearing on the motion to revoke the pretrial detention order.

This Court finds that the Magistrate Judge's factual findings are supported and the Magistrate Judge's legal conclusions are correct. Specifically, the following critical facts convince this Court to affirm the Magistrate Judge's detention order: (1) Granda is a citizen of Ecuador, with significant ties thereto; (2) Granda owns property in Ecuador; (3) Granda has a history of extensive international travel; (4) the evidence against Granda is strong and he faces a significant sentence which creates a great incentive to flee; (5) large sums of money are unaccounted for; and (6) there is evidence that Granda bribed foreign authorities.

The Court **affirms and adopts** the Magistrate Judge's detention order (ECF No. 25), and **denies** Granda's motion for revocation of the detention order (**ECF No. 41**).

**Done and Ordered** in Miami-Dade County, on April 20, 2017.

_____
Robert N. Scola, Jr.
United States District Judge