UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20215-CR-SCOLA

UNITED STATES OF AMERICA

v.

SAMER BARRAGE, et al.,

    Defendants.
_____/

**UNOPPOSED MOTION FOR A PROTECTIVE
ORDER REGULATING DISCLOSURE OF DISCOVERY**

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States of America files this motion for a protective order regulating disclosure of the discovery materials in this case and certain sensitive information contained therein (the "Discovery"). This is an international money laundering case. The Discovery includes hundreds of thousands of documents and electronic data obtained from third parties including individuals, businesses, and foreign governments. Accordingly, the discovery includes sensitive information including contact information, personal photos and communications, personal identity information, bank account and other financial information, and information potentially related to ongoing investigations ("Sensitive Information"). Given the nature and volume of Discovery and Sensitive Information in this case, it is not practicable for the government to redact it or even to identify it on a document by document basis. Accordingly, in order to ensure the protection of the Sensitive Information and to avoid the disclosure of this information to other individuals, the government requests that the Court enter an order regulating disclosure of Discovery as follows:

1. The government is authorized to disclose Sensitive Information in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

2. The government shall produce the Discovery, which shall be governed by the following rules:

    a. Counsel of record for defendants in this proceeding shall hold the Discovery in strictest confidence. Therefore, defense counsel shall restrict access to the Discovery, and shall disclose the Discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent that defense counsel believes is necessary to assist in the defense of their client in this matter and in a manner that will prohibit the disclosure of the Discovery to other persons not involved in the defense;

    b. Counsel of record for defendants shall advise any person to whom the Discovery is disclosed that such information shall be held in strict confidence, and that further disclosure or dissemination is prohibited without defense counsel's express consent; and

    c. Counsel of record for defendants shall obtain a certification from each person to whom the Discovery is disseminated or provided, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information without express consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Discovery and the date on which such information was first disseminated or provided.

d. Counsel of record agree that, upon conclusion of the above captioned case,[1] copies of the Discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

Counsel for the United States has contacted counsel for each of the defendants in this matter. Each counsel indicated that they did not oppose this motion. If this motion for protective order is granted, the Government will turn over the discovery to each counsel of record.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACING UNITED STATES ATTORNEY

By: */s/ Francisco R. Maderal*
Francisco R. Maderal
Assistant United States Attorney
Fla. Bar No. 41481
99 Northeast 4th Street
Miami, Florida 33132-2111
francisco.maderal@usdoj.gov
Tel: (305) 961-9159
Fax: (305) 530-7976

---

[1] This shall mean the period at the conclusion of any appellate and Section 2255 proceedings; if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                         */s/ Francisco R. Maderal*
                                         Francisco R. Maderal