UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20215-SCOLA

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE
RENATO J. RODRIGUEZ, and
JUAN P. GRANDA,

    Defendants.
_____/

## UNITED STATES' THIRD BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following Third Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f). The United States hereby provides notice that it now seeks forfeiture of the following asset as property forfeitable pursuant to 18 U.S.C. § 982:

a. The contents of Fidelity Investments 401k Account in the name of Samer Barrage, ending in 3927;[1]
b. The contents of Fidelity Investments 401k Account in the name of Renato Rodriguez, ending in 7259; and
c. The contents of Fidelity Investments 401k Account in the name of Juan P. Granda, ending in 8760.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:    /s/Evelyn B. Sheehan
Evelyn B. Sheehan
Florida Bar No. 944351
Assistant United States Attorney
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9125
Facsimile: (305) 536-7599
E-mail: Evelyn.sheehan@usdoj.gov

---

[1] This property was previously listed as a substitute asset.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 21, 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                */s/ Evelyn B. Sheehan*
                Evelyn B. Sheehan
                Assistant United States Attorney