UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20215-CR-SCOLA

_____

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE, et al.

     Defendants.
_____

## JOINT STATUS REPORT

Counsel for Defendants and the United States hereby file this Joint Status report in accordance with this Court's Order Setting Trial Date (DE51).

### I.    Speedy Trial Calculation

The speedy trial period began on April 3, 2017, as to Defendant Samer H. Barrage (the date of his initial appearance), and on April 4, 2017 as to Defendants Renato Rodriguez and Juan P. Granda (the dates of their arraignments).

The time period from April 11, 2017 through April 20, 2017 is excluded from the speedy trial calculation because of Defendant Granda's then-pending motion to revoke his pretrial detention order. Additionally, the time period beginning on April 29, 2017 and continuing through the date of this report is excluded from the speedy trial calculation because of Defendant Barrage's pending motion to revoke his pretrial detention order.

## II.     Pending Motions

Defendant Barrage's Motion to Revoke Order of Pretrial Detention (DE59) is pending and currently set for hearing May 25, 2017.

## III.    Size & Status of Discovery

The amount of discovery in this case is enormous. To date, the United States has produced over 1 million documents and an additional 10 terabytes of data equivalent to additional millions of documents. The discovery involves thousands of individual transaction records and corresponding email and text message conversations with dozens of individuals over the course of several years, much of it in Spanish.

More specifically, the United States has produced:

(1) A 1 terabyte hard drive with approximately 1 million subpoenaed documents, including transaction records, defendant emails, phone images, WhatsApp chats, and AML compliance files, and judicial wiretap recordings from Chile, most directly involving the Defendants. These documents were produced both in native format and as a processed searchable database.

(2) A 6 terabyte hard drive containing images of approximately 60 electronic devices seized as part of a related foreign investigations, equivalent to additional millions of documents and including additional emails and transaction records, most involving alleged co-conspirators of the defendants. This includes searchable forensic reports for the mobile devices.

(3) A 4 terabyte hard drive containing images of about a dozen electronic devices and corresponding, searchable forensic reports prepared by the FBI, most directly involving the defendants. (This has been produced only to Defendant Barrage who is working with a filter team for the United States to remove any privileged communications from certain of the reports before the remainder is made available to the United States trial team and other defendants.)

The United States is reviewing and will produce additional subpoena results and

foreign investigative materials as they are received.

On May 9, 2017, the parties held a preliminary discovery conference in which the contents and relevance of the discovery produced to date were reviewed and discussed. The parties also discussed the likely legal and factual issues in dispute and likely relevant evidence at trial.

The parties plan to hold a follow-up discovery conference in several weeks, and as many thereafter as are useful and necessary.

### IV. Proposed Scheduling

The parties agree that trial in this matter will take approximately 30 days, and that a substantial amount of time is necessary for the Defendants to review the discovery and prepare. Accordingly, the parties jointly recommend that the Court set a status conference in 6 months, at which time the parties will propose prospective trial dates.

Respectfully submitted,

| COUNSEL FOR DEFENDANTS | BENJAMIN G. GREENBERG<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| *Marcos Beaton, Esq.*<br>On Behalf of Samer H. Barrage | By:  */s/ Francisco R. Maderal*<br>Francisco R. Maderal |
| *Sabrina Puglisi, Esq.*<br>On Behalf of Renato Rodriguez | Assistant United States Attorney<br>Fla. Bar No. 41481<br>99 Northeast 4th Street |
| *Daniel Rashbaum, Esq. &*<br>*Allison Green, Esq.*<br>On Behalf of Juan P. Granda | Miami, Florida 33132-2111<br>francisco.maderal@usdoj.gov<br>Tel: (305) 961-9169<br>Fax: (305) 530-7976 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF on May 16, 2017.

 /s/ Francisco R. Maderal
Francisco R. Maderal
