UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20215-SCOLA

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE
RENATO J. RODRIGUEZ, and
JUAN P. GRANDA,

      Defendants.

_____/

## UNITED STATES' FOURTH BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following Fourth Bill of Particulars pursuant to Fed. R. Crim. P. 7(c)(2) and (f). The United States hereby provides notice that it seeks forfeiture of the following asset as property forfeitable pursuant to 18 U.S.C. § 982:

real property located at 5300 NW 85 Avenue, #1610, Doral, Florida 33166, and includes all buildings, improvements, fixtures, attachments and easements found therein or thereon, and is more particularly described as:

Unit 1610 of 5300 PASEO, A CONDOMINIUM, according to the Declaration of Condominium thereof recorded In Official Records Book 29182, at Page 4807, as amended in Official Records Book 30252, at Page 1638, all of the public records of Miami-Dade County, Florida.

Respectfully submitted,
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By:     */s/Evelyn B. Sheehan*
Evelyn B. Sheehan
Florida Bar No. 944351
Assistant United States Attorney
U.S. Attorney's Office - SDFL
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9125
Facsimile: (305) 536-7599
E-mail: Evelyn.sheehan@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 19, 2017, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

_/s/ Evelyn B. Sheehan_
Evelyn B. Sheehan
Assistant United States Attorney