FILED BY __CG__
Aug 31, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Miami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20215-SCOLA(s)
18 U.S.C. § 1956(h)
18 U.S.C. § 982(a)

UNITED STATES OF AMERICA

v.

SAMER H. BARRAGE and
JUAN P. GRANDA,
    a/k/a "Flecha,"

    Defendants.

_____/

## SUPERSEDING INFORMATION

The Acting United States Attorney charges that:

### COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. §1956(h))

Beginning in or around October 2012, and continuing through in or around March 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**SAMER H. BARRAGE, and
JUAN P. GRANDA,
a/k/a "Flecha,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other, RENATO J. RODRIGUEZ, and other persons known and unknown to the Acting United States Attorney, to knowingly engage, in the United States and as a United States person, in a monetary transaction by, through and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000 such property having been derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is:

(a)   An offense against a foreign nation, that is, the crime of illegal mining against the Republic of Peru, with respect to which the United States would be obligated to by a multilateral treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States;

(b)   An offense against a foreign nation, that is, the crime of smuggling against the Republic of Peru, with respect to which the United States would be obligated to by a multilateral treaty, either to extradite the alleged offender or to submit the case for prosecution, if the offender were found within the territory of the United States;

(c)   An offense against a foreign nation involving the manufacture, importation, sale, or distribution of a controlled substance (as such term is defined for the purpose of the Controlled Substances Act); and

(d)   An offense against a foreign nation involving bribery of a public official, or the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1. The allegations of this Superseding Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **SAMER H. BARRAGE and JUAN P. GRANDA, a/k/a "Flecha,"** has an interest. Upon conviction of a violation of Title 18, United States Code, Section 1957, or conspiracy to commit such violation, the defendant shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to the following property:

   a) real property located at Malibu at Pacific Marlin in San Juan del Sur, Nicaragua;

   b) real property located at 8460 SW 76th Street, Miami, FL 33193;

   c) real property located at 5300 NW 85th Avenue, #1610, Doral, Florida 33166;

   d) The contents of Fidelity Investments 401k Account in the name of Samer Barrage, ending in 3927;

   e) The contents of Fidelity Investments 401k Account in the name of Juan P. Granda, ending in 8760; and

   f) entry of a forfeiture money judgment in an amount which represents a sum of money equal in value to any property, real or personal, involved in the commission of the violations alleged in this Indictment.

All pursuant to Title 18, United States Code, Sections 982(a)(1), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

_____
by BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
for FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

SAMER H. BARRAGE, et al.

Defendants.

CASE NO. 17-CR-20215-SCOLA(s)

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- X  Miami     ___ Key West
- ___ FTL      ___ WPB     ___ FTP

New Defendant(s)           Yes ___ No  X
Number of New Defendants        0
Total number of counts          0

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I   | 0 to 5 days    | X |
   | II  | 6 to 10 days   |   |
   | III | 11 to 20 days  |   |
   | IV  | 21 to 60 days  |   |
   | V   | 61 days and over |   |

   (Check only one)

   | | |
   |---|---|
   | Petty   |   |
   | Minor   |   |
   | Misdem. |   |
   | Felony  | X |

6. Has this case been previously filed in this District Court? (Yes or No)  Yes
   If yes:
   Judge: Scola                   Case No. 17-CR-20215
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  Yes
   If yes:
   Magistrate Case No.  16-MJ-02376-GARBER; 17-MJ-02428-SIMONTON
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of  March 16, 2017
   Defendant(s) in state custody as of
   Rule 20 from the                          District of

   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes  X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes  X  No

[signature]
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. 0041481

*Penalty Sheet(s) attached

REV 10/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **SAMER H. BARRAGE**

Case No: 17-CR-20215-SCOLA(s)

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*Max. Penalty:   10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JUAN P. GRANDA, a.k.a., "Flecha"**

Case No: 17-CR-20215-SCOLA(s)

Count #: 1

Conspiracy to Commit Money Laundering

Title 18, United States Code, Section 1956(h)

*Max. Penalty: 10 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.