UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-20215-CR-SCOLA

FILED BY ___ D.C.

JUN 0 4 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

JUAN P. GRANDA,

        Defendant.
_____/

## UNOPPOSED MOTION TO UNSEAL THE SENTENCING HEARING RECORDING

Defendant Juan Granda, through undersigned counsel, moves for an order to unseal a portion of the sentencing hearing held on January 19, 2018 in order for the court reporter to prepare a written transcript of the hearing.

1. On January 19, 2018, this Court held a sentencing hearing for Defendants Juan Granda and Samer Barrage.

2. The court reporter informed undersigned counsel that a portion of the recording was sealed, and that an order unsealing the recording is needed to proceed with transcription.

3. The undersigned has conferred with counsel for the government, who does not oppose the relief requested in this motion.

WHEREFORE, Defendant Juan Granda respectfully requests that this Court enter an order unsealing the January 19, 2018 sentencing hearing in order to permit its transcription.

                              Respectfully Submitted,

                              _____
                              Allison Green
                              Fla. Bar No. 111382
                              agreen@mnrlawfirm.com

**MARCUS NEIMAN & RASHBAUM LLP**
2 South Biscayne Boulevard, Suite 1750
Miami, Florida 33131
Telephone: (305) 400-4260

*Counsel for Defendant Juan P. Granda*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, a true and correct copy of the foregoing motion was conventionally filed with the Clerk of Court.

_____
Allison Green