United States District Court
for the
Southern District of Florida

United States of America,  )
Plaintiff                  )
                           )
v.                         )   Criminal Case No. 17-20215-CR-Scola
                           )
Juan P. Granda,            )
USM 14607-104              )
Defendant.                 )

## Order Granting Government's Motion

On June 18, 2019, this matter came before the Court on the Government's Motion for Reduction of Sentence, filed June 12, 2019.  Based on the matters presented and argument of counsel, it is hereby

**Ordered and Adjudged** that the Government's Motion for Reduction of Sentence (**ECF No. 164**) is hereby **granted**.  The Defendant's term of imprisonment as to count 1 of the superseding information is reduced from 72 months to **53 months**.  All other terms and conditions set forth in the criminal judgment (ECF No. 132) shall remain in full force and effect.

**Done and Ordered** at Miami, Florida on June 18, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

cc:    Counsel of record
       U.S. Probation Office
       U.S. Marshals Service